IIN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISON

| | |
|---|---|
| LIVIA M. SCOTTO ET AL | Case No.:8:17-cv-2730-T-36T |
| | -CEH-TBM JUDICIAL ORDER |
| V. | DATED 11/21/17 TO FILE |
| | AMENDED COMPLAINT TO SHOW |
| | CAUSE THE FLORIDA BAR LEGAL |
| | MALPRACTICE NO 2016-00,656 (4B) |
| | EVIDENCE DOCUMENTED IN CASE |
| JESSICA MARIE MCCLEAN ET AL | NO.15-31761 BY JUDGE BEYER |
| HENRY COXE III ET AL | MOTION TO SUBPOENA CASE |
| BEDELL LAW FIRM ET AL | FOR USE IN LEGAL STANDARD |
| THE FLORIDA BAR ET AL | OF COUNSEL IN FACT FELONY |
| AND ANY AND ALL OTHER DEFENDENTS ET AL | |
| HERETOFORE FILED ET AL | |
| DEFENDENTS ET AL | |

       FIRSTLY I MUST DEMAND SUBPOENA TO SHOW CAUSE AS TO REAMMEMDED COMPLAINTS IS AN INDICTMENT OF CRIMINAL CONCEALMENT BY THE FEDERAL AND STATE BAR THE DUVAL COUNTY DISTRICT ATTORNEY .PROSCEUTING ATTORNEYS TO ARREST DEFENDENTS.SERVE WARRENTS SUMMONS FOR MONIES PRODUCTION OF DOCUMENTS SENT TO MCCLEAN AND VOLKS ANWALT ET AL STATE ATTORNEY GENERAL PAM BIONDI AND DUVAL COUNTY SHERRIFF H,R. SMITH ET AL AND HILLSBOURGH COUNT DISTRICT ATTORNEYS OFFICE.

  MOTION TO SUBPOENA JESSICA MARIE MCCLEAN FOR FELONIES OF FRAUD $20000000.00 CLAWBACK FOR SPECIFIED PERCUNIARY HEDONIC PUNITIVE COMPULSATORY DAMAGES .

       TO FILE CRIMINAL CHARGES AND DEMAND FOR APPOINTMENT OF COUNSEL ON THE FACT OF THE CONCEALMENT OF ATTORNEY DISCIPLINE BAR THE SUPREMECOURT OF FLORIDA AND

MOREOVER OTHER CLIENTS DEFRAUDED BY JESSICA MARIEMCCLEAN WERE COMPENSATED AND MY COMPLAINTS WERE DISMISSED IN THIS VENUE.

WITH COLLUSION OF JESSICA MARIE MCCLEAN ET AL, PRINCIPLE OF VOLKS ANWALT INTENT KNOWLEDGE OF THESE CRIMES BEFORE THE FLORIDA BAR AND THE NEW YORK BARATTORNEYG MALICE MOTIVE OF DEFENDENTS TO OMIT FROMTHERECORDS COMMITING CONCEALMENT BY THE PREDECESSOR OF THE FLORIDA BAR PRESIDENT HENRY COXE III MCCLEANS COUNSEL OF RECORD.

IN THE EVIDENCE THAT THE FLORIDA BAR ADVERTISED MCCLEANS GOOD STANDING EVEN AS COURTWAS DISBARRING OF JESSICA MARIE MCCLEAN IN FACT ,

I RETAINED THIS CRIMINAL JESSICA MARIE MCCLEAN ON APRIL 2 2016 WITH 200000.00 TO JESSICA MARIE MCCLEAN S TO HER PRINCIPLE ACCOUNT J.P. MORGAN ,

MOTION TO CLAWBACK THOSE CLIENT FUNDS AS THAT IS THE AMOUNT MCCLEAN WITHDREW FROM MY BANK ACCOUNTS WITH STATEMENTS SENT TO THIS VENUE AND JUDGE MOODY FURTHER CONCEALED FRAUD CHARGES AND THE VIOLATIONS OF PROFESSIONAL CODE OF CONDUCT COMINGLING OF FUNDS, ABANDONMENT ,STATUTTES OF FRAUD WERE LISTED IN ORIGINAL PLEADINGS WITH EACH VIOLATION EXPOUNDED UPON .THEREFORE ,CIVIL RIGHTS U.SC. CODE STATUTES APPLY.

APPOINTMENT OF COUNSEL IS WITHIN THE LAW PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE.

MOTION FOR APPOINTMENT OF COUNSEL IN THIS CASE AND ALL CASES FILED HERETOFORE AS CASES ARE DIRECTLY RELATED .

MOTION FOR SERVICE OF SUNNONS UPON CUSTODIAM OF LEGAL MALPRATICE

ATTORNEY DISCIPLINE FILED IN CASE IN RE BANNER V. JOSEPH KOSKO, JESSICA MARIE MCCLEAN ET ALNO. 15—31761

MOTIONTO SUBPOENA CASE RECORDS AND JESSICA MARIE MCCLEAN PRINCIPLE OF VOLKS ANWALT ET AL IN CONTRACT TO PROVE TO THIS VENUE INDEED MCCLEAN WAS MY ATTORNEY IN FACT.

BY JUDGE LAURA T. BEYER RECORDS IN CHARLOTTE N.C.

THE ORDER ADDRESSES MATTERS RELATIVE TO THIS CASE.

SINCE JESSICA MARIE MCCLEAN ON DATE OF RETAINER WIH CONTRACT FAILED TO FILE CASE FAILED TOCOMMUNICATE VIOLATED RULES OF PROFESSIONAL CONDUCT SINCE THE ORIGINAL CASE

WAS AN EMPLOYMENT LAW ANDOTHER 42 USC SS CODE 2000 (1)a c e F J SEXUAL ASSULTS RETALIATION

PHYSICAL HARMSWRONGS AND BANK FRAUDCAUSE INFACT OF PROPERTY LOSSES.

IIN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISON

| | |
|---|---|
| LIVIA M. SCOTTO ET AL | Case No.:8:17-cv-2730-T-36T |
| | -CEH-TBM JUDICIAL ORDER |
| V. | DATED 11/21/17 TO FILE |
| | AMENDED COMPLAINT TO SHOW |
| | CAUSE THE FLORIDA BAR |
| | NO 2016-00,656 (4B) EVIDENCED |
| | EVIDENCE DOCUMENTED IN CASE |
| JESSICA MARIE MCCLEAN ET AL | NO.15-31761 BY JUDGE BEYER |
| HENRY COXE III ET AL | MOTION TO SUBPOENA CASE |
| BEDELL LAW FIRM ET AL | FOR USE IN LEGAL STANDARD |
| THE FLORIDA BAR ET AL | OF COUNSEL IN FACT FELONY |
| AND ANY AND ALL OTHER DEFENDENTS ET AL | |
| HERETOFORE FILED ET AL | |
| DEFENDENTS ET AL | |

      FIRSTLY I MUST DEMAND SUBPOENA TO SHOW CAUSE AS TO REAMMEMDED COMPLAINTS IS AN INDICTMENT OF CRIMINAL CONCEALMENT BY THE FEDERAL AND STATE BAR THE DUVAL COUNTY DISTRICT ATTORNEY .PROSCEUTING ATTORNEYS TO ARREST DEFENDENTS.SERVE WARRENTS SUMMONS FOR MONIES PRODUCTION OF DOCUMENTS SENT TO MCCLEAN AND VOLKS ANWALT ET AL STATE ATTORNEY GENERAL PAM BIONDI AND DUVAL COUNTY SHERRIFF H,R. SMITH ET AL AND HILLSBOURGH COUNT YDISTRICT ATTORNEYS OFFICE.

    MOTION TO SUBPOENA JESSICA MARIE MCCLEAN FOR FELONIES OF FRAUD

      TO FILE CRIMINAL CHARGES AND DEMAND FOR APPOINTMENT OF COUNSEL ON THE FACT OF THE CONCEALMENT OF ATTORNEY DISCIPLINE BAR THE SUPREMECOURT OF FLORIDA AND MOREOVER OTHER CLIENTS DEFRAUDED BY JESSICA MARIEMCCLEAN WERE COMPENSATED AND MY COMPLAINTS WERE DISMISSED IN THIS VENUE.

WITH COLLUSION OF JESSICA MARIE MCCLEAN ET AL, PRINCIPLE OF VOLKS ANWALT INTENT KNOWLEDGE OF THESE CRIMES BEFORE THE FLORIDA BAR AND THE NEW YORK BARATTORNEYG MALICE MOTIVE OF DEFENDENTS TO OMIT FROMTHERECORDS COMMITING CONCEALMENT BY THE PREDECESSOR OF THE FLORIDA BAR PRESIDENT HENRY COXE III MCCLEANS COUNSEL OF RECORD.

IN THE EVIDENCE THAT THE FLORIDA BAR ADVERTISED MCCLEANS GOOD STANDING EVEN AS COURTWAS DISBARRING OF JESSICA MARIE MCCLEAN IN FACT I

I RETAINED THIS CRIMINAL JESSICA MARIE MCCLEAN ON APRIL 2 2016 WITH 200000.00 TO JESSICA MARIE MCCLEAN S TO HER PRINCIPLE ACCOUNT J.P. MORGAN

MOTION TO CLAWBACK THOSE CLIENT FUNDS AS THAT IS THE AMOUNT MCCLEAN WITHDREW FROM MY BANK ACCOUNTS WITH STATEMENTS SENT TO THIS VENUE AND JUDGE MOODY FURTHER CONCEALED FRAUD CHARGES AND THE ORDER HE COMINGLING OF FUNDS

MOTION FOR SERVICE OF SUNNONS UPON CUSTODIAM OF LEGAL MALPRATICE

ATTORNEY DISCIPLINE FILED IN CASE IN RE BANNER V. KOSKO MCCLEAN NO. 15—31761

BY JUDGE LAURA T. BEYER RECORDS IN CHARLOTTE N.C.

THE ORDER ADDRESSES MATTERS RELATIVE TO THIS CASE

X. _[signature]_ Livia M. Scott

# Luis E. Carrero, DMD

Name: Livia Scotto
Chart Number: 009976





## .: TREATMENT CASE

Treatment Plan

### :: FINANCIAL SUMMARY ::

| | |
|---|---|
| Treatment Plan Total | 16720.00 |
| Estimated Deductible to be Applied | 0.00 |
| Estimated Insurance Payment | 0.00 |
| Estimated Patient's Portion | 16720.00 |
| Fee Expiration Date | 02/21/2018 |

### :: DENTAL INSURANCE BENEFITS ::

| | Patient | | Family | |
|---|---|---|---|---|
| | Primary | Secondary | Primary | Secondary |
| Annual Plan Benefits | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid Benefits YTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Pending Insurance Est. YTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Est. Benefits Remaining YTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Benefits Expire | NA | NA | NA | NA |
| Deductible Owed YTD  Standard | 0.00 | 0.00 | 0.00 | 0.00 |
| Preventative | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 |

**Alternate Cases:**

Case Notes: I understand that this is an estimate of my insurance benefits. If insurance does not pay as estimated, I understand that I am responisble for all fees. If I do not have insurance I understand that I am responsible for all the above fees.

Signature: _____

Date: 12/12/2017

1574 East Bloomingdale Ave.
Valrico, FL  33596   PHONE: (813)436-9813

REPORT DATE: 12/12/2017

page 02

# SALES DRAFT

Customer Copy

### CareCredit

SYNCB CARECREDIT REVOLVING (************0561)
MARK D MELLMAN DDS PA
721 W ROBERTSON ST STE107B
BRANDON, FL 33511-4900
12/14/2017  02:49:13 PM EST

| | |
|---|---|
| **ACCOUNT NUMBER:** | ************8776 |
| **TRANSACTION CODE:** | 106 |
| **DESCRIPTION:** | 6 MONTH DEFERRED/NO INTEREST IF PAID IN FULL |
| **TOTAL:** | $219.00 |

**No Interest If Paid in Full Within Promotional Period (Statement may describe this promotion as "Deferred Interest/No Interest if Paid in Full")**
No Interest Charges will be assessed if the promotional purchase is paid in full within the promotion period, which is in **6 months**. If the promotional purchase is not paid in full by the end of this promo period, interest will be imposed from the date of purchase at the Annual Percentage Rate of **26.99%**. If the word "variable" appears in the previous sentence, that APR will vary with the market based on the prime rate. This means to avoid paying interest on the promotional purchase, you must pay the entire amount of the promotional purchase before the end of the promo period. Minimum monthly payments are required. Making only the minimum payments required by your monthly statement may or may not pay off the promotional purchase within the promo period. If you would like to estimate a monthly payment amount that would pay off the full amount of the promotional purchase within the promo period, divide your promotional purchase amount by the number of months in the promo period or visit www.carecredit.com/payment_calculator. This estimated monthly payment amount assumes the promotional purchase is the only balance on your account during the entire promo period and you make each payment when due. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

SEQ #: 348733    AVS CODE:    AUTH #: 014170

# STATEMENT OF SERVICES RENDERED

New Image General Dentistry
1574 East Bloomingdale Avenue
Valrico, FL 33596

(813)436-9813

| CHART NO. | PAGE NO. |
|---|---|
| 009976 | 1 |

BILLING DATE
11/21/2017

**GUARANTOR NAME AND MAILING ADDRESS**

Livia Scotto
2710 Golf Heights Cir
Valrico, FL 33596

| PATIENT | TOOTH | SURF | DESCRIPTION | CHARGE | CREDIT |
|---|---|---|---|---|---|
| Livia | | | Comp oral eval-new/estab pat | 25.00 | |
| Livia | | | Intraoral-complete series (bw) | 25.00 | |
| Livia | | | Panoramic film | 25.00 | |
| Livia | 6 | | Labial veneer (porceln lam)-lab | 1446.00 | |
| Livia | 7 | | Labial veneer (porceln lam)-lab | 1446.00 | |
| Livia | 8 | | Labial veneer (porceln lam)-lab | 1446.00 | |
| Livia | 9 | | Labial veneer (porceln lam)-lab | 1446.00 | |
| Livia | 10 | | Labial veneer (porceln lam)-lab | 1446.00 | |
| Livia | 11 | | Labial veneer (porceln lam)-lab | 1446.00 | |
| Livia | | | Care Credit Payment- Thank You | | -8751.00 |

| PRIOR BALANCE | CURRENT CREDITS | CURRENT CHARGES | NEW BALANCE | DENTAL INS. EST. | PLEASE PAY |
|---|---|---|---|---|---|
| 0.00 | − 8751.00 | + 8751.00 | = 0.00 | − 0.00 | = 0.00 |

| PATIENT | DATE | TIME | REASON |
|---|---|---|---|
| | | | |

Copyright © 1987-2012 Henry Schein, Inc. LWLK 1

**Endodontic Specialists**  11/27/2017
1135 Nikki View Drive
Brandon, FL  33511-4879  Page 1
(813)571-7000
Provider: Osman Soliman, BDS
Tax ID 59-1032858          License # DN21258
Patient: Livia Scotto                                Account #   24550

|  |  |  |  | Balance Forward | 0.00 |
|---|---|---|---|---|---|

**Services**

| Code | Tooth | Surface | Description | Pvdr | Date | Fee |
|---|---|---|---|---|---|---|
| D0140 | 3 |  | Limited Oral Evaluation | OS | 11/27/2017 | 95.00 |
|  |  |  |  |  | Total Charges | 95.00 |

**Payments**

| Check # | Card |  | Description | Pvdr | Date | Amount |
|---|---|---|---|---|---|---|
|  | CC |  | Credit Card Payment Thank You | OS | 11/27/2017 | 95.00 |
|  |  |  |  |  | Total Credits | 95.00 |
|  |  |  |  |  | Ending Balance | 0.00 |

# SALES DRAFT

Customer Copy



SYNCB CARECREDIT REVOLVING (************7304)
ENDODONTIC SPECIALIST
1135 NIKKI VIEW DRIVE
BRANDON, FL 33511
11/27/2017   03:16:44 PM EST

| | |
|---|---|
| ACCOUNT NUMBER: | ************8776 |
| TRANSACTION CODE: | 102 |
| DESCRIPTION: | STANDARD ACCOUNT TERMS |
| PATIENT/CLIENT ID: | 24550 |
| TOTAL: | $95.00 |

Standard Account Terms Apply. See Credit Card Agreement for Applicable Terms.

SEQ #:099437        AVS CODE:        AUTH #: 027369



# M. DYER & SONS, INC.
## MOVING 🌐 STORAGE

98-054 KULEANA ROAD
PEARL CITY, HAWAII 96782
PHONE: (808) 456-4200
TOLL FREE: (800) 922-2490
FACSIMILE: (808) 455-3600

Email: info@mdyerandsons.com
WEBSITE:
www.mdyerandsons.com
FEDERAL ID NO: 99-0118901
DOT 105265 PUC 137C

**SHIPPER** SCOTTO, LIVIA
2710 GOLF HEIGHT CIRCLE
VALRICO  FL
33594

**Due:** Dec 15, 2017   **DATE**

**DOCUMENT TYPE**
INVOICE & BILL OF LADING
16656

**BILL TO** SCOTTO, LIVIA
2710 GOLF HEIGHT CIRCLE
VALRICO  FL
33594

**DESTINATION** SCOTTO, LIVIA
COMMERCIAL STORAGE

| ACCOUNT NO. | DOC. DATE | BOOKED DATE | P.O. NO. - REFERENCE | PHONE NO. | CARRIER | PAGE |
|---|---|---|---|---|---|---|
| 62300 | 12/01/17 | 12/24/13 | | 808 352-7650 | M. DYER & SONS | 1 |

| WEIGHT | PIECES | CUBIC FEET | EST. | TERMS | ROD DATE | INS. | COMM. | ACT | OCEAN CARRIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | 40 | NET 30 | | | SG | | |

**INSTRUCTIONS**
NO INSURANCE ELECTED, LIABILITY LIMITED TO $0.60 PER POUND PER ARTICLE

| CODE | DESCRIPTION | QUANTITY | BILLING UNIT | RATE | CHARGES |
|---|---|---|---|---|---|
| | PREVIOUS BALANCE FORWARD | | | | 393.19 |
| R1 | RECURRING - STORAGE 12/01/17-12/31/17 | 42.51 | 100 LBS. | 4.00 | 170.04 |

A SERVICE CHARGE AT THE RATE OF 1.50% PER MONTH (18% PER ANNUM) WILL BE CHARGED ON ACCOUNTS PAST DUE OVER 30 DAYS.

**COLLECTIONS INSTRUCTIONS (IF ANY)**
Charges payable in cash, money order or certified check, unless other arrangements have been made with the Carrier prior to dispatch.

COLLECT $
PERSONAL CHECK        YES OR NO

| | | |
|---|---|---|
| TRUCK NO. | SUBTOTAL | 563.23 |
| DRIVER | TAX | 8.01 |
| HELPER(S) | TOTAL CHARGES | 571.24 |
| | DEPOSIT REQUIRED | |
| TIME START | BALANCE DUE | 571.24 |
| TIME END | REMIT | |
| TOTAL HOURS | | |

SERVICES SHOWN HEREIN WERE RENDERED AND THE PROPERTY WAS RECEIVED IN GOOD CONDITION EXCEPT AS NOTED.

OWNER _____

EXCEPTIONS / REMARKS

FOR AMOUNT RECEIVED

DRIVER _____
AMOUNT _____
DATE ____/____/____

**PLEASE READ BEFORE SIGNING**
Property tendered pursuant to Order of Services, if any, and Subject to the following:
1. Rules, regulations, rates and charges in lawfully applicable tariff. All charges will be audited and, if necessary, corrected by refund or additional billing.
2. All Terms written, printed, stamped or typed on the front or back hereof.
3. No liability for packing damages unless packing is done by Carrier.
4. Customer's declared value and limit of amount of company's liability.

The rates quoted herein, including hours, weight, charge or other provision, are based upon an agreed or declared value being specifically stated by the shipper which is not in excess of 30¢ per pound per article. Carrier's liability is limited accordingly when negligent.

Unless optional insurance coverage is requested below, I agree and accept your liability limit of 30¢ per pound per article.

Request insurance coverage for $ _____ @ $ _____ per $1000 value declared.

X _____
Signature of Shipper or his Authorized Agent
A $15.00 HANDLING FEE WILL BE CHARGED ON ALL RETURNED CHECKS.

THIS SERVICE IS ALSO SUBJECT TO THE TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS SHEET.