UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIVIA M. SCOTTO, CARMELA A.
SCIABARRA and ANGELA M. SCOTTO,

    Plaintiffs,

v.                                    Case No: 8:17-cv-2730-T-36TBM

JESSICA MARIE MCCLEAN, THE
CONCETTA SCOTTO TRUST, THE
BENJAMIN SHAPIRO TRUST, STATE
OF FLORIDA, THE FLORIDA BAR
DISCIPLINE BOARD COMMITTEE, THE
ATTORNEY GRIEVANCE COMMITTEE
NEW YORK and COUNSEL OF RECORD,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on December 19, 2017 (Doc. 7). In the Report and Recommendation, Magistrate Judge McCoun recommends that Ms. Scotto's construed motion to proceed *in forma pauperis* be denied. (Doc. 6). Plaintiff Scotto was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, except as noted below. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 7) is adopted, confirmed, and approved and is made a part of this Order for all purposes, including

appellate review. However, because Ms. Scotto filed an amended complaint on the same day that the Magistrate Judge issued the Report and Recommendation (Doc. 8), the case will not be closed.

(2)     Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 6) is DENIED.

**DONE AND ORDERED** at Tampa, Florida on January 17, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record